# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

136163

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BEAR LAKE TRADING CO,
        Plaintiff-Appellee,

v

DAVID L. ERICKS, KATHERINE A.
ERICKS, PETER TANKE, MARY TANKE,
JAMES E. MORRIS, CHRISTINA L. MORRIS,
MICHAEL LONGO, KAREN S. LONGO,
JOSEPH P. SEFCIK, ANN J. SEFCIK, JAMES
R. JOHNSON, RUTH A. JOHNSON, and
WALLOON LAKE FOURTH STREET
DOCK ASSOCIATION,
        Defendants-Appellants,

and

GENEVIEVE HUNTER, JOHN R. WILLIAMS,
LAVINA S. WILLIAMS, HAROLD L. KARNER,
JOAN A. KARNER, HARRY B. NELSON,
GEORGE STUBBS, and CHARLEVOIX COUNTY
BOARD OF ROAD COMMISSIONERS,
        Defendants,

and

MELROSE TOWNSHIP, and CHARLEVOIX
COUNTY ROAD COMMISSION,
        Defendants-Appellees.
_____/

SC: 136163
COA: 276725
Charlevoix CC: 05-001421-CH

        On order of the Court, the application for leave to appeal the February 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk